■ In the Matter of Dorothy C. Brandt, Appellant, v Louis York et al., Respondents.—Judgment, Supreme Court, New York County (Francis N. Pecora, J.), entered on or about October 2, 1986, unanimously affirmed, without costs and without disbursements. Leave to appeal to the Court of Appeals is granted. No opinion. Concur—Kupferman, J. P., Ross, Fein, Milonas and Ellerin, JJ.

■ The People of the State of New York, Respondent, v Little D. Watson, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on August 15, 1983, unanimously affirmed.

■ The People of the State of New York, Respondent, v Nicholas Forestieri, Appellant.—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on February 19, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Carro, Kassal and Wallach, JJ.